**2009–1186.   Holbrook v. Brandenburg.**
Clark App. No. 2007 CA 106, 2009-Ohio-2320.

**2009–1194.   Wargo v. Henderson.**
Columbiana App. No. 08–CO–21, 2009-Ohio-2443.
MOYER, C.J., and PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2009–1197.   State v. Grissom.**
Erie App. No. E–08–008, 2009-Ohio-2603.

**2009–1203.   State v. Robinson.**
Cuyahoga App. No. 89136, 2009-Ohio-1679.

**2009–1205.   State v. Monroe.**
Franklin App. No. 08AP–1062, 2009-Ohio-2343.

**2009–1207.   State v. Reed.**
Cuyahoga App. No. 91767, 2009-Ohio-2264.

**2009–1210.   State v. Hairston.**
Franklin App. No. 08AP–735, 2009-Ohio-2346.
MOYER, C.J., and O'CONNOR, J., dissent and would accept the appeal on Proposition of Law No. VIII and hold the cause for the decision in 2008–2037, *State v. Williams,* Cuyahoga App. No. 89726, 2008-Ohio-5149 and 2008-Ohio-5286.

**2009–1212.   State v. Chambers.**
Hamilton App. No. C–080751.

**2009–1222.   State v. Mitchell.**
Montgomery App. No. 22814, 2009-Ohio-3124.

**2009–1224.   State v. Harvey.**
Cuyahoga App. No. 91299, 2009-Ohio-2385.

**2009–1259.   State v. Brodbeck.**
Franklin App. No. 08AP–134, 2009-Ohio-2594.

**2009–1263.   State v. Chatman.**
Franklin App. No. 08AP–803, 2009-Ohio-2504.

**2009–1265.   State v. Fikes.**
Hamilton App. No. C–060581.

**2009–1266.   State v. Ervin.**
Cuyahoga App. No. 87333, 2009-Ohio-2574.

**2009–1269.   State v. Johnson.**
Hamilton App. No. C–080156, 2009-Ohio-2568.
MOYER, C.J., and LUNDBERG STRATTON and CUPP, JJ., dissent and would accept the appeal on Proposition of Law No. I.

**2009–1271.   State v. Jackson.**
Cuyahoga App. No. 91180, 2009-Ohio-2710.

**2009–1273.   C&K Indus. Servs., Inc. v. McIntyre, Kahn & Kruse Co., L.P.A.**
Cuyahoga App. No. 92233, 2009-Ohio-2373.
MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**2009–1278.   State v. Turner.**
Scioto App. No. 08CA3234, 2009-Ohio-3114.

**2009–1280.   State v. Gaughan.**
Cuyahoga App. No. 90523, 2009-Ohio-2702.

**2009–1291.   State v. Feaster.**
Summit App. No. 24367, 2009-Ohio-2558.